Pei-Ru Wey (State Bar No. 289644)
pwey@crbcp.com
CAESAR RIVISE, P.C.
1635 Market St, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2010
Fax: (215) 751-1142

Attorneys for Defendant,
INFOGENIUS.COM, INC.
(d/b/a INFOGENIUS, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFOGENIUS.COM, INC. (D/B/A INFOGENIUS, INC.), <br><br> Defendant. | Case No. 3:15-cv-02059-EMC <br><br> **SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

1  A Joint Stipulation to extend time to respond to the initial complaint was filed on May 28, 2015. Defendant's deadline to respond to the Complaint is presently set for July 3, 2015. The Parties have reached a settlement agreement, wherein satisfaction of the terms of the agreement will extend past said deadline for Defendant's response. To that end, and for good cause, Plaintiff and Defendant hereby jointly stipulate, pursuant to Local Rule 6.1(a), to extend the time for Defendant to respond to the Complaint by a period of 30-days until <u>August 3, 2015</u>. The Parties expect that the case will be dismissed with prejudice before said date.

Dated: June 25, 2015

Respectfully submitted,

By:   /s/ *Pei-Ru Wey*
Pei-Ru Wey
pwey@crbcp.com
CAESAR RIVISE, PC
1635 Market St, 12th Floor
Philadelphia, PA 19103

**Attorney for Defendant,
INFOGENIUS.COM, INC.
(d/b/a INFOGENIUS, INC.)**

**Local Rule 5-1(i)(2) Certification**

I attest that Benjamin Singer gave me his permission to affix his electronic signature to this document and electronically file it.

*/s/ Pei-Ru Wey*

By:   /s/ *Benjamin Singer*
Benjamin L. Singer (Bar No. 264295)
bsinger@coltsinger.com
Joseph C. Gabaeff (Bar No. 255054)
jgabaeff@coltsinger.com
Douglas S. Tilley (Bar No. 265997)
dtilley@coltsinger.com
COLT/SINGER/BEA LLP
601 Montgomery Street, Suite 1950
San Francisco, CA 94111

**Attorney for Plaintiff,
SOFTWARE RESEARCH, INC.**

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

SECOND STIPULATION TO EXTEND TIME                    CASE NO. 3:15-cv-02059-EMC

I hereby certify that on June 29, 2015 a true and correct copy of the foregoing documents were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

>Benjamin L. Singer
>bsinger@coltsinger.com
>Joseph C. Gabaeff
>jgabaeff@coltsinger.com
>Douglas T. Tilley
>dtilley@coltsinger.com
>COLT/SINGER/BEA LLP
>601 Montgomery Street, Suite 1950
>San Francisco, California 94111
>Telephone: (415) 500-6080
>Facsimile: (415) 500-6080 Dated: May 28, 2015

>Respectfully submitted,
>By: /s/ *Pei-Ru Wey*
>Pei-Ru Wey
>pwey@crbcp.com
>CAESAR RIVISE, PC
>1635 Market St, 12th Floor
>Philadelphia, PA 19103
>
>**Attorney for Defendant,**
>**INFOGENIUS.COM, INC.**
>**(d/b/a INFOGENIUS, INC.)**

SECOND STIPULATION TO EXTEND TIME            CASE NO.  3:15-cv-02059-EMC